**No. 61665.**—John H. Faunce, Phila., Inc. v. United States, protests 282291–K, and 287297–K (Philadelphia).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise consists of rayon staple fiber the same in all material respects and assessed with duty upon the same basis of weights as computed by the collector in *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C. D. 1834), the claim of the plaintiff was sustained.